PS 8
(8/88)



# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF MISSISSIPPI

U.S.A. vs. **James Ray Flowers**                    Docket No.   **3:06cr109-TSL-JCS**

Petition for Action on Conditions of Pretrial Release

   COMES NOW , U.S. PROBATION OFFICER, Mark Quarles, presenting an official report upon the conduct of defendant , **James Ray Flowers,** who was placed under pretrial release supervision by the Honorable Linda R. Anderson, U. S. Magistrate Judge sitting in the Court at Jackson, on October 3, 2006, under the following conditions:

AS OUTLINED IN THE ORDER SETTING CONDITIONS OF RELEASE FILED 10/03/06.


   Respectfully presenting petition for action of Court and for cause as follows:
   (if short insert here; if lengthy write on separate sheet and attach)

The defendant has almost completed the requirements necessary to get his Driver's License privileges restored by the State of Mississippi.


PRAYING THAT THE COURT WILL ORDER that once the defendant's driving privileges are restored by the State of Mississippi, the driving prohibition listed on his federal bond order will no longer be in effect.


ORDER OF COURT                                        Respectfully,

Considered and ordered this ___5th___ day
of December, 2006 and ordered filed and
made a part of the records in the above case.

_____              _____
                                                                            Mark Quarles
The Honorable Tom S. Lee, Senior                    U. S. Probation Officer
United States District Judge
                                                                            Place:  Jackson, MS.

                                                                            Date: December 4, 2006